**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
Oliphant Financial, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| JOSHUA EVERAGE, | CASE NO.: 5:22-cv-00929-JGB-SHK |
| Plaintiff, | |
| v. | **DEFENDANT OLIPHANT FINANCIAL, LLC'S NOTICE OF INTERESTED PARTIES** |
| OLIPHANT FINANCIAL, LLC, | |
| Defendant. | |

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct, Suite 300
San Diego, CA 92127

NOTICE OF INTERESTED PARTIES

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127

1    The undersigned, counsel of record for Defendant Oliphant Financial, LLC,

2  certifies that the following listed party or parties may have a pecuniary interest in

3  the outcome of this case.  These representations are made to enable the Court to

4  evaluate possible disqualification or recusal.

5    Oliphant United, LLC is Defendant Oliphant Financial, LLC's parent

6  company.

7    Oliphant, LLC and Robert Morris are members of Oliphant Financial, LLC.

8

9  Dated: July 8, 2022          **GOODMAN LAW FIRM, APC**

10

11          By:  _/s/ Brett B. Goodman_____
            Brett B. Goodman
            Attorneys for Defendant
12          Oliphant Financial, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF INTERESTED PARTIES

1

**CERTIFICATE OF SERVICE**

2      I certify that on July 8, 2022, a copy of the foregoing was filed and served

3 electronically in the ECF system.  Notice of this filing will be sent to the parties of

4 record by operation of the Court's electronic filing system.  Parties may access this

5 filing through the Court's system.

6

7 Dated: July 8, 2022

8
                                             By:   _/s/ Brett B. Goodman_____
9                                                    Brett B. Goodman

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28